UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANTONIO and LOLITA SCHAFFER, | ) | CASE NO.: 12 B 41068 |
| Debtor(s) | ) | CHAPTER 13 |
| ------------------------------------------------ | ) | JUDGE: CASSLING |
| | ) | |
| ANTONIO and LOLITA SCHAFFER, | ) | |
| | ) | |
| Plaintiff(s) | ) | Adversary No.: |
| | ) | |
| v. | ) | |
| | ) | |
| WINTRUST FINANCIAL CORPORATAION | ) | |
| And NATIONSTAR MORTGAGE L.L.C | ) | |
| n/k/a MR. COOPER | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT TO DETERMINE SECURED STATUS**
**PURSUANT TO 11 U.S.C. § 506**

NOW, comes the Debtor(s), ANTONIO and LOLITA SCHAFFER, (hereinafter the "Debtors'), in the above-captioned bankruptcy by and through their attorneys, Law Offices of Glenda J. Gray, to Determine the Secured Status pursuant to 11 U.S.C. § 506, and complains as follows:

1.      The Debtors filed a petition for relief under Chapter 13 of the United States Code (the "Bankruptcy Code") on October 16, 2012.

2.      MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, (hereinafter "MERS ") is/was a nominee with a mailing address of P.O. Box 2026, Flint MI, 48501-2026 of SGB Corporation d/b/a WestAmerica Mortgage Company with a mailing address of 1 South 660 Midwest Rd Suite 120, Oak Brook Terrace, Illinois 60181.  It was a Colorado Corporation.  It is believed that WestAmerica/SGB Corporation merged with Wintrust Financial Corporation with its last known mailing address as 9700 Higgins Rd 8th Floor, Rosemont, IL  60018.  WestAmerica Mortgage Corporation is now known as Wintrust Financial Corporation (hereinafter "Wintrust").  Said mortgage was assigned to Aurora Loan Services on October 23, 2008.  Said loan is being serviced by Nationstar Mortgage LLC n/k/a Mr.

Cooper. On its claim it has requested that notices are sent to P.O. Box 619096 Dallas, Texas 75261-99741.

3. The subject property is commonly known as 807 Vinewood, Willow Springs, Illinois 60480-1460, having a parcel identification number of 18-33-408-021-0000 and legally described as:

LOT 7 (EXCEPTING THEREFROM THE EASTERLY 10 FEET OF LOT 7) AND THE NORTHEASTERLY 20 FEET OF LOT 6 IN BLOCK 34 IN MOUNT FOREST, A SUBDIVISION OF SECTION 33, TOWNSHIP 38 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

(hereinafter referred to as the "Subject Property").

4. The Real Property is the Debtors' residence.

5. The Debtor is indebted to certain creditors holding mortgage liens against the Real Property as follows:

| Creditor | Date Lien Was Established | Amount Owing |
|---|---|---|
| a. SGB CORPORATION D/B/A WESTAMERICA MORTGAGE N/K/A WINTRUST FINANCIAL CORP | 1/29/2007 | $498,750.00 |
| b. SGB CORPORATION D/B/A WESTAMERICA MORTGAGE COMPANY N/K/A WINTRUST FINANCIAL CORP. | 1/29/2007 | $ 99,750.00 |

6. The Debtors, ANTONIO and LOLITA SCHAFFER purchased the subject property on or before January 29, 2007 as evidenced by a Warranty Deed recorded on January 29, 2007, as document number 0702933025 in the Cook County Recorder of Deed's Office (hereinafter referred to as the "Recorder"). Debtor obtained said property with two (2) mortgages from WestAmerica. Said mortgagee has merged with Wintrust Financial Corporation. The mortgages were recorded with the Cook County Recorder of Deeds and are identified with document numbers 0702933026 and 0702933027 respectively.

7. Due to the declining economy the value of the Debtors' property has declined in value.

8. The Debtor has obtained a valuation of the subject property and said valuation valued the property at $391,354.00 per Zillow. (See Exhibit "A" page 1 of the Zillow estimated appraisal attached hereto, incorporated herein and made a part hereof.)

9. The mortgage is not fully secured since the value of the subject property has drastically decreased due to the current market value of Debtors' property.

**Determination of Secured Status**

10. Bankruptcy Code § 506(a) provides that:

> An allowed claim of a creditor secured by a lien on property in
> Which the estate has an interest…is a secured claim to the extent
> Of the value of such creditor's interest in the estate's interest in such
> property…and is an unsecured claim to the extent that the value of such
> creditor's interest …is less than the amount of such allowed claim.

11 U.S.C. § 506(A).

11. Consistent with Bankruptcy Code § 506(a) and the decision of the Third Circuit Court of Appeals in the case of In Re McDonald, 205 F.3d 606 (3rd Cir. 2000), the mortgage held by "WinTrust Financial Corp" having a payoff of $498,750.00 is partially under secured relative to the Subject Property, "WinTrust Financial Corp",  is a holder of a claim that is full unsecured by the Debtor's residence and, as such, holds a secured claim up to the value of the property, i.e. $391,354.00 as to the mortgage claim. (See McDonald at p. 612)  SeeMcDonald at p.612.)

12. The 7th Circuit affirmed this principle in In Re Ryan 2013 WL 3380131 (7TH Cir. 2013.

13. Based upon the current valuation of Debtors' property and the balance owed on the Debtors' first mortgage held by "Wintrust", Wintrust's 2nd mortgage is fully unsecured.  Fully unsecured mortgages claims may be stripped, thereby paying the secured value fully and the balance as an unsecured stripping off the balance of the unsecured mortgage holder.

WHEREFORE, the Debtors, ANTONIO and LOLITA SCHAFFER respectfully request that this Honorable Court enter an Order:

(i) Granting judgment in Debtors' favor finding that the "Second Mortgage" held by WINTRUST FINANCIAL CORPORATION., obtained on January 24, 2007 in the amount of $99,750.00 be declared fully unsecured and the debt paid as a general unsecured claim and that the balance owed in the approximate amount of $99,750.00 be stripped from the Debtor's residence located at 807 Vinewood, Willow Springs, Illinois 60480 in accordance with the findings herein; and

(iii)    Granting any other relief deemed necessary, equitable and just.

Respectfully submitted,

ANTONIO and LOLITA SCHAFFER

By:____/s/ Glenda J. Gray_____
One of their Attorney(s)

Glenda J. Gray
Attorney for Debtor
LAW OFFICES OF GLENDA J. GRAY
223 West Jackson – Suite 1116
Chicago, Illinois 60606
(312) 386-1010