UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ANTONIO & LOLITA SCHAFFER<br><br>Debtor(s)<br>ANTONIO & LOLITA SCHAFFER<br><br>Plaintiff(s)<br>WINTRUST FINANCIAL CORPORATION and NATIONSTAR MORTGAGE, LLC a/k/a MR. COOPER<br><br>Defendant(s) | BK No.: 12-41068<br><br>Chapter: 13<br><br>Honorable Donald R. Cassling<br><br>Adv. No.: 17-00528 |

**ORDER GRANTING LEAVE TO AMEND THE COMPLAINT TO ADD AURORA LOAN SERVICES LLC AND DISMISSING WINTRUST FINANCIAL CORPORATION WITHOUT PREJUDICE**

This cause coming to be heard on the Motion of Debtors/Plaintiffs Motion to dismiss Wintrust Financial Corporation and to amend the complaint to add Aurora Loan Service, the Court being advised in the premise;

IT IS HEREBY ORDERED AS FOLLOWS:

A.   Wintrust Financial Corporation is dismissed without prejudice.

B.   That the Debtors/Plaintiffs are granted leave to file an amended complaint adding Aurora Loan Servicing LLC as a necessary Defendant.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 11, 2018

**Prepared by:**

LAW OFFICE OF GLENDA J. GRAY
Attorney for Debtors/Plaintiffs
223 W. Jackson Blvd., Suite 1116
Chicago, Illinois 60606
(312) 386-1010