UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>ANTONIO A. SCHAFFER and )<br>LOLITA ANFIELD SCHAFFER, )<br>)<br>Debtors. )<br>_____ )<br>ANTONIO and LOLITA SCHAFER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AURORA LOAN SERVICES, LLC and )<br>REAL TIME RESOLUTIONS, INC., )<br>)<br>Defendants. ) | Bankruptcy No. 12 B 41068<br>Chapter 13<br>Judge Donald R. Cassling<br><br><br><br><br><br>Adversary No. 17 A 00528 |

**ORDER**

This adversary proceeding was filed on October 17, 2017. In the amended complaint, the Plaintiffs seek a finding that the second mortgage on the real property located at 807 Vinewood, Willow Springs, Illinois 60480 be declared fully unsecured and that the debt be paid as a general unsecured claim. The Court will dismiss this adversary proceeding for two reasons.

First, this adversary proceeding is dismissed because the underlying bankruptcy case was closed on May 22, 2018. *See In re Statistical Tabulating Corp.*, 60 F.3d 1286, 1289 (7th Cir. 1995) (stating that "[d]ismissal of a bankruptcy proceeding normally results in dismissal of related proceedings because federal jurisdiction is premised upon the nexus between the underlying bankruptcy case and related proceedings. . . ."); *In re Gilliland*, 642 Fed. Appx. 618, 620 (7th Cir. 2016) (stating that bankruptcy court did not abuse its discretion in dismissing the adversary proceedings without prejudice after the Chapter 13 case had been properly dismissed).

Second, this adversary proceeding will be dismissed because the Plaintiffs failed to serve the Defendants with the complaint. Federal Rule of Bankruptcy Procedure 7004 states that Federal Rule of Civil Procedure 4(m) applies to adversary proceedings. Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). This adversary proceeding was filed on October 17, 2017. Plaintiffs have not obtained service on the Defendants and have not shown good cause for their failure.

Accordingly, for these reasons this adversary proceeding is dismissed without prejudice.

DATE: <u>August 23, 2018</u>         ENTERED:

                                    *Donald R. Cassling* AKC
                                    _____
                                    **Donald R. Cassling**
                                    **United States Bankruptcy Judge**